UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROY S.,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CASE NO. 2:26-cv-04095-JNW<br><br>ORDER |

The Court finds that Plaintiff financially qualifies for in forma pauperis status under 28 U.S.C. § 1915 based on his demonstrated inability to afford the filing fee. Thus, the Court GRANTS Plaintiff's in forma pauperis application, Dkt. 1, and ORDERS:

1. The Supplemental Rules for Social Security Actions provide that because Plaintiff has electronically filed a complaint seeking review under 42 U.S.C. § 405(g), Plaintiff need not serve a summons and a complaint, or file notice of service. The Clerk must notify Defendant this action has commenced by transmitting a Notice of Electronic Filing to the Social

Security Administration's Office of General Counsel and to the United States Attorney for the Western District of Washington.

2. Defendant must file a certified copy of the Administrative Record and any affirmative defenses within 60 days of the date of this order.

Dated this 3rd day of November, 2026.

Jamal N. Whitehead
United States District Judge